UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUN 2 5 2002

Michael N. Milby
Clerk of Court

LAURA ESTELLA SALAZAR-REGINO, )
)
v.                             )   C.A.  B-02-045
)
E.M. TROMINSKI, et al.         )
_____)

**SUPPLEMENTAL POINTS AND AUTHORITIES IN SUPPORT OF
PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS**

Recent decisions from the Eastern District of New York underscore Ms. Salazar's argument that Congress went too far in IIRIRA, and that making LPRs in her situation ineligible for any form of relief would violate not only Substantive Due Process, but our obligations under international law. *See, Nicholson v. Williams*, ___ F.Supp.2d ___, (E.D.N.Y. March 18, 2002), 2002 WL 448452, at *78: [1]

> Substantive due process comes into play where, regardless of the procedures followed, a governmental decision or action is so contrary to a fundamental right that it cannot be countenanced. *See Daniels v. Williams*, 474 U.S. 327, 331, 106 S.Ct. 662, 88 L.Ed.2d 662 (1986) (Substantive due process rights bar "certain government actions regardless of the fairness of the procedures used to implement them ...."). Substantive due process depends upon the outcome itself.

*See also, Beharry v. Reno*, 183 F.Supp.2d 584 (E.D.N.Y. 2002) (Where a statute appears to contradict international law, an appropriate remedy is to construe it so as to resolve the contradiction). [2]

Respectfully Submitted,

---

[1]  Although *Nicholson* involved the removal of children from the parent, rather than, as would occur in the case at bar, the removal of the parent from the child, the principles are the same.

[2]  *Beharry* concluded that relief was still available where an offense was committed before IIRIRA, but the guilty plea did not occur until after its enactment.

_/s/ Lisa S. Brodyaga_

Lisa S. Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586
(956) 421-3226
Fed. ID.  1178
Texas Bar 03052800

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first-class postage prepaid, to Lisa Putnam, SAUSA, P.O. Box 1711, Harlingen, TX 78551, on June 24, 2002.

_/s/_
_____