IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LAURA ESTELLA SALAZAR-REGINO, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-02-045 |
| E.M. TROMINSKI, ) | |
| DISTRICT DIRECTOR, THE ) | |
| IMMIGRATION & NATURALIZATION ) | |
| SERVICE, and ) | |
| JOHN ASHCROFT, UNITED STATES ) | |
| ATTORNEY GENERAL ) | |
| ) | |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

COME NOW, the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and hereby file the administrative record of Petitioner LAURA ESTELLA SALAZAR-REGINO with this Court for review.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
Attorney in Charge
Georgia Bar No. 590315
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel:  (956) 389-7051
Fax:  (956) 389-7057

Date:     June 28, 2002

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on counsel by depositing a copy of it in the United States mail, first class postage prepaid, to:

    Lisa S. Brodyaga, Esquire
    Refugio Del Rio Grande
    17891 Landrum Park Rd.
    San Benito, TX  78586

on this the 28th day of June, 2002.

                          Lisa M. Putnam
                          Special Assistant U.S. Attorney