United States District Court
Southern District of Texas
FILED

DEC 1 3 2002

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LAURA ESTELLA SALAZAR-REGINO,<br>Plaintiff, | § § § | |
| v. | § § | |
| E.M. TROMINSKI,<br>INS DISTRICT DIRECTOR, ET AL. | § § § § | CIVIL ACTION NO.  B-02-45 |
| Defendant . | § § | |
| TEODULO CANTU-DELGADILLO<br>Plaintiff, | § § § | |
| v. | § § | |
| E.M. TROMINSKI,<br>INS DISTRICT DIRECTOR, ET AL. | § § § § | CIVIL ACTION NO.  B-02-114 |
| Defendant . | § § | |
| DANIEL CARRIZALOS-PEREZ<br>Plaintiff, | § § § | |
| v. | § § | |
| AARON CABRERA<br>INS DISTRICT DIRECTOR, ET AL. | § § § § | CIVIL ACTION NO.  B-02-136 |
| Defendant . | § § § | |

1

United States District Court
Southern District of Texas
FILED

DEC 1 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MANUEL SANDOVAL-HERRERA | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| AARON CABRERA | § | CIVIL ACTION NO. B-02-138 |
| INS DISTRICT DIRECTOR, ET AL. | § | |
| | § | |
| | § | |
| Defendant . | § | |
| | § | |
| EUGENIO REYNA-MONTOYA | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| AARON CABRERA | § | CIVIL ACTION NO. B-02-144 |
| INS DISTRICT DIRECTOR, ET AL. | § | |
| | § | |
| | § | |
| Defendant . | § | |
| | § | |
| OSWALDO CALDERON-TERRAZAS | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AARON CABRERA | § | CIVIL ACTION NO. B-02-145 |
| INS DISTRICT DIRECTOR, ET AL. | § | |
| | § | |
| | § | |
| Defendant . | § | |
| | § | |

## DEFENDANTS UNOPPOSED
## MOTION TO CONTINUE STATUS CONFERENCE

Defendants Immigration and Naturalization Service, et. al. hereby move to continue the

status conference set for December 17, 2002 for 30 days, by agreement of counsel for all parties.

Ms. Putnam, local counsel for the United States, is unable to attend the hearing due to illness.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

MICHAEL T. SHELBY
United States Attorney

NANCY FRIEDMAN
PAUL FIORINO
MARGARET PERRY
U.S. Department of Justice
Office of Immigration Litigation
1331 Pennsylvania Avenue, NW.
Washington, D.C.  20530
202-353-0813
202-616-4975 (fax)

NANCY L. MASSO
Assistant United States Attorney
Texas Bar No.  00800490
Federal I.D. No.  10263
**For:**
LISA PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, TX  78551
(956) 389-7048
(956) 389-7057 FAX

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this /3 day of December, 2002, I caused to be served by United States mail (first class mail, postage prepaid), copies of the foregoing DEFENDANTS MOTION TO CONTINUE STATUS CONFERENCE to the following:

Lisa Brodyaga, Esq.
17891 Landrum Park Rd.
San Benito, TX 78586

Jodilynn Marie Goodwin
Attorney at Law
1322 E Tyler
Harlingen, TX 78550

Alberto Pullen, Esq.
1623 Central Blvd.
Suite 205
Brownsville, TX 78520

NANCY MASSO

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LAURA ESTELLA SALAZAR-REGINO,<br>   Plaintiff, | § | |
| | § | |
| | § | |
|   v. | § | |
| | § | |
| E.M. TROMINSKI,<br>INS DISTRICT DIRECTOR, ET AL. | § | CIVIL ACTION NO.  B-02-45 |
| | § | |
| | § | |
|    Defendant   . | § | |
| | § | |
| TEODULO CANTU-DELGADILLO<br>   Plaintiff, | § | |
| | § | |
| | § | |
|   v. | § | |
| | § | |
| E.M. TROMINSKI,<br>INS DISTRICT DIRECTOR, ET AL. | § | CIVIL ACTION NO.  B-02-114 |
| | § | |
| | § | |
|    Defendant   . | § | |
| | § | |
| DANIEL CARRIZALOS-PEREZ<br>   Plaintiff, | § | |
| | § | |
| | § | |
|   v. | § | |
| | § | |
| AARON CABRERA<br>INS DISTRICT DIRECTOR, ET AL. | § | CIVIL ACTION NO.  B-02-136 |
| | § | |
| | § | |
|    Defendant   . | § | |
| | § | |

| | |
|---|---|
| MANUEL SANDOVAL-HERRERA<br>　　　　Plaintiff, | §<br>§<br>§ |
| | § |
| v. | §<br>§ |
| AARON CABRERA<br>INS DISTRICT DIRECTOR, ET AL. | §<br>§<br>§ |
| | § |
| Defendant　　　　. | §<br>§ |
| EUGENIO REYNA-MONTOYA<br>　　　　Plaintiff, | §<br>§<br>§ |
| v. | §<br>§ |
| AARON CABRERA<br>INS DISTRICT DIRECTOR, ET AL. | §<br>§<br>§ |
| | § |
| Defendant　　　　. | §<br>§ |
| OSWALDO CALDERON-TERRAZAS<br>　　　　Plaintiff, | §<br>§<br>§ |
| v. | §<br>§ |
| AARON CABRERA<br>INS DISTRICT DIRECTOR, ET AL. | §<br>§<br>§ |
| | § |
| Defendant　　　　. | §<br>§<br>§ |

CIVIL ACTION NO.  B-02-138

CIVIL ACTION NO.  B-02-144

CIVIL ACTION NO.  B-02-145

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
## TO CONTINUE STATUS CONFERENCE

Came on to be heard this day the Motion to Continue Status Conference filed by

Defendants Immigration and Naturalization Service et. al, the Court is of the opinion that the

Motion should be granted.

It is therefore ORDERED that the status conference will be rescheduled to January _____

2003, at _____.

Done this _____ day of _____, at Brownsville, Texas.


_____
Felix Recio
United States Magistrate Judge