*13*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LAURA ESTELLA SALAZAR-REGINO,<br>Plaintiff, | § § § | |
| v. | § § | |
| E.M. TROMINSKI,<br>INS DISTRICT DIRECTOR, ET AL. | § § § | CIVIL ACTION NO.  B-02-45 ✓ |
| | § § | |
| Defendant . | § § | |
| TEODULO CANTU-DELGADILLO<br>Plaintiff, | § § § | |
| v. | § § | |
| E.M. TROMINSKI,<br>INS DISTRICT DIRECTOR, ET AL. | § § § | CIVIL ACTION NO.  B-02-114 |
| | § § | |
| Defendant . | § § | |
| DANIEL CARRIZALOS-PEREZ<br>Plaintiff, | § § § | |
| v. | § § | |
| AARON CABRERA<br>INS DISTRICT DIRECTOR, ET AL. | § § § | CIVIL ACTION NO.  B-02-136 |
| | § § | |
| Defendant . | § § | |

*13*

United States District Court
Southern District of Texas
ENTERED

DEC 1 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUEL SANDOVAL-HERRERA<br>Plaintiff, | § § § § | |
| v. | § § | |
| AARON CABRERA<br>INS DISTRICT DIRECTOR, ET AL. | § § § | CIVIL ACTION NO.  B-02-138 |
| Defendant | § § § | |
| EUGENIO REYNA-MONTOYA<br>Plaintiff, | § § § | |
| v. | § § | |
| AARON CABRERA<br>INS DISTRICT DIRECTOR, ET AL. | § § § | CIVIL ACTION NO.  B-02-144 |
| Defendant | § § § | |
| OSWALDO CALDERON-TERRAZAS<br>Plaintiff, | § § § | |
| v. | § § | |
| AARON CABRERA<br>INS DISTRICT DIRECTOR, ET AL. | § § § § | CIVIL ACTION NO.  B-02-145 |
| Defendant | § § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
## TO CONTINUE STATUS CONFERENCE

Came on to be heard this day the Motion to Continue Status Conference filed by

Defendants Immigration and Naturalization Service et. al, the Court is of the opinion that the

Motion should be granted.

6

It is therefore ORDERED that the status conference will be rescheduled to January **23,**

2003, at **1:30 p.m.**.

Done this **16th** day of **December**, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge

7