UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LAURA ESTELLA SALAZAR-REGINO | * | |
| VS | * | C.A. NO. B-02-045 |
| E. M. TROMINSKI, ET AL | * | |
| | | |
| TEODULO CANTU-DELGADILLO | * | |
| VS | * | C.A. NO. B-02-114 |
| E. M. TROMINSKI, ET AL | * | |
| | | |
| DANIEL CARRIZALOS-PEREZ | * | |
| VS | * | C.A. NO. B-02-136 |
| AARON CABRERA, ET AL | * | |
| | | |
| MANUEL SANDOVAL-HERRERA | * | |
| VS | * | C.A. NO. B-02-138 |
| AARON CABRERA, ET AL | * | |
| | | |
| RAUL HERNANDEZ-PANTOJA | * | |
| VS | * | C.A. B-02-197 |
| JOHN ASHCROFT, ET AL | * | |
| | | |
| JOSE MARTIN OVIEDO-SIFUENTES | * | |
| VS | * | C.A. NO. B-02-198 |
| CHARLES ARENDALE, ET AL | * | |
| | | |
| CESAR LUCIO | * | |
| VS | * | C.A. NO. B-02-225 |
| CHARLES ARENDALE, ET AL | * | |
| | | |
| PRAXEDIS RODRIGUEZ-CASTRO | * | |
| VS | * | C.A. NO. B-02-228 |
| AARON CABRERA, ET AL | * | |
| | | |
| NOHEMI RANGEL-RIVERA | * | |
| VS | * | C.A. NO. B-03-002 |
| AARON CABRERA, ET AL | * | |

## ORDER SETTING HEARING

Evidentiary hearings in above-captioned and numbered cases are hereby set for January 23, 2003, at 1:30 p.m., instead of status conferences.

DONE at Brownsville, Texas, this 14th day of January 2003.

_____
Felix Recio
United States Magistrate Judge
2nd Floor, Courtroom No. 1
600 E. Harrison
Brownsville, TX  78520