CA B-02-45

# TRANSCRIPT ORDER

AO 435 (Rev 1/90)
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

*Read Instructions on Back.*

**FOR COURT USE ONLY**
**DUE DATE:**

20

| | | |
|---|---|---|
| 1. NAME: Felix Recio | 2. PHONE NUMBER: 956/548-2701 | 3. DATE: 01/23/03 |
| 4. MAILING ADDRESS: 600 E. Harrison, #203 | 5. CITY: Brownsville | 6. STATE: TX  7. ZIP CODE: 78520 |
| 8. CASE NUMBER: CA B-02-045 & 8 other related cases | 9. JUDICIAL OFFICIAL: Felix Recio | DATES OF PROCEEDINGS — 10. FROM: 01-23-03  11. TO: 01-23-03 |
| 12. CASE NAME: SALAZAR-REGINO VS TROMINSKI, ET AL | | LOCATION OF PROCEEDINGS — 13. CITY: Brownsville  14. STATE: Texas |

15. ORDER FOR
☐ APPEAL  ☐ CRIMINAL  ☐ CRIMINAL JUSTICE ACT  ☐ BANKRUPTCY
☐ NON-APPEAL  ☒ CIVIL  ☐ IN FORMA PAUPERIS  ☐ OTHER (Specify)

16 TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Evidentiary hearing | 01/23/03 |
| ☐ BAIL HEARING | | | |

United States District Court
Southern District of Texas
FILED
JAN 24 2003
Michael N. Milby
Clerk of Court

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: [signature]
19. DATE: January 23, 2003

ESTIMATE TOTAL:
PROCESSED BY:
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:
COURT ADDRESS:

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | |
| LESS DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | |

(Previous editions of this form may still be used)   ORIGINAL- COURT COPY   YELLOW- TRANSCRIPTION COPY   GREEN- ORDER RECEIPT   PINK- ORDER COPY