United States District Court
Southern District of Texas
FILED

APR 0 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LAURA ESTELLA SALAZAR-REGINO, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-02-045 |
| E.M. TROMINSKI, ) | |
| DISTRICT DIRECTOR, THE ) | |
| IMMIGRATION & NATURALIZATION ) | |
| SERVICE, and ) | |
| JOHN ASHCROFT, UNITED STATES ) | |
| ATTORNEY GENERAL ) | |
| _____ ) | |
| ) | |
| TEODULO CANTU-DELGADILLO, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-02-114 |
| E.M. TROMINSKI, ) | |
| DISTRICT DIRECTOR, THE ) | |
| IMMIGRATION & NATURALIZATION ) | |
| SERVICE, and ) | |
| JOHN ASHCROFT, UNITED STATES ) | |
| ATTORNEY GENERAL ) | |
| _____ ) | |
| ) | |
| DANIEL CARRIZALOS-PEREZ, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-02-136 |
| AARON CABRERA, ACTING ) | |
| DIRECTOR, HLG/DO, THE ) | |
| IMMIGRATION & NATURALIZATION ) | |
| SERVICE, and ) | |
| JOHN ASHCROFT, UNITED STATES ) | |
| ATTORNEY GENERAL ) | |
| _____ ) | |

| | |
|---|---|
| MANUEL SANDOVAL-HERRERA, )<br>)<br>v. )<br>) CIVIL ACTION NO. B-02-138<br>)<br>AARON CABRERA, ACTING )<br>DIRECTOR, HLG/DO, THE )<br>IMMIGRATION & NATURALIZATION )<br>SERVICE, and )<br>JOHN ASHCROFT, UNITED STATES )<br>ATTORNEY GENERAL )<br>_____) | |

RAUL HERNANDEZ-PANTOJA,           )
                                   )
v.                                 )
                                   )   CIVIL ACTION NO. B-02-197
                                   )
JOHN ASHCROFT, UNITED STATES       )
ATTORNEY GENERAL, and              )
CHARLES ARENDALE, ACTING           )
DISTRICT DIRECTOR, of the          )
UNITED STATES IMMIGRATION AND      )
NATURALIZATION SERVICE             )
_____)

JOSE MARTIN OVIEDO-SIFUENTES       )
                                   )
v.                                 )
                                   )   CIVIL ACTION NO. B-02-198
                                   )
JOHN ASHCROFT, UNITED STATES       )
ATTORNEY GENERAL                   )
_____)

CESAR LUCIO,                       )
                                   )
v.                                 )
                                   )   CIVIL ACTION NO. B-02-225
                                   )
CHARLES ARENDALE, ACTING           )
DIRECTOR, HLG/DO, and              )
JOHN ASHCROFT, UNITED STATES       )
ATTORNEY GENERAL                   )
_____)

2

```
PRAXEDIS RODRIGUEZ-CASTRO,      )
                                )
v.                              )
                                )
                                )   CIVIL ACTION NO. B-02-228
AARON CABRERA, INS ACTING       )
DIRECTOR, HLG/DO and            )
JOHN ASHCROFT, UNITED STATES    )
ATTORNEY GENERAL                )
_____  )
                                )
NOHEMI RANGEL-RIVERA,           )
                                )
v.                              )
                                )
                                )   CIVIL ACTION NO. B-03-002
AARON CABRERA, INS ACTING       )
DIRECTOR, HLG/DO and            )
JOHN ASHCROFT, UNITED STATES    )
ATTORNEY GENERAL                )
_____  )
```

## RESPONDENTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

COME NOW, the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and present this motion for extension of time to file objections to the Magistrate Judge's Report and Recommendation dated March 26, 2003, in the above-entitled cases.

Objections to the Report and Recommendation are due on April 9, 2003. The Respondents' request that they be given

3

until April 14, 2003, to file any and all objections to the Magistrate Judge's Report and Recommendation.

Petitioners' counsel, Lisa Brodyaga and Jodi Goodwin, have been contacted regarding this request and expressed they would not be opposed to the extension of time as requested.

Based on the foregoing, the Respondents respectfully request an extension of time to file their objections to the Magistrate Judge's Report and Recommendation until April 14, 2003.

                                              Respectfully submitted,

                                              MICHAEL T. SHELBY
                                              United States Attorney
                                              Southern District of Texas

                                              LISA M. PUTNAM
                                              Special Assistant U.S. Attorney
                                              P.O. Box 1711
                                              Harlingen, Texas 78551
                                              Tel: (956) 389-7051
                                              Georgia Bar No. 590315
April 4, 2003                         Federal Bar No. 23937

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondents' Unopposed Motion for Extension of Time to File Objections to the Magistrate Judge's Report and Recommendation was mailed via first class mail, postage prepaid to:

> Lisa Brodyaga, Esquire
> Refugio Del Rio Grande
> 17891 Landrum Park Rd.
> San Benito, TX 78586
>
> Jodi Goodwin, Esquire
> 1322 E. Tyler Ave.
> Harlingen, TX 78550

on this 4th day of April, 2003.

_____
LISA M. PUTNAM
Special Assistant United States Attorney