UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LAURA ESTELLA SALAZAR-REGINO | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. B-02-45 |
| | ) | |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

## RESPONDENTS' NOTICE OF SUPPLEMENTAL CITATION

COME NOW Respondents in the above-captioned case, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and hereby inform the Court of the following recent, supplemental citation pertaining to Respondents' motion to transfer this case, the lead case in a group of consolidated cases, to the court of appeals for resolution, and to stay the remaining cases consolidated with Salazar-Regino pending disposition of this case: Flores-Garza v. INS, ___ F.3d ___, 2003 WL 1893262 (5th Cir. April 17, 2003) (affirming that court of appeals has jurisdiction to determine whether a person is an alien who is removable by reason of having been convicted of an aggravated felony or other jurisdiction-barring offense, where alien does not concede removability on one of these grounds).

This citation pertains to the arguments on page 2 of Respondents' Motion To Transfer And Stay Proceedings, and to the case law cited in Respondents' written Objections to the Magistrate's

1

Report and Recommendation, that the court of appeals has jurisdiction to determine whether Salazar-Regino is removable for a conviction of an aggravated felony based on her first-time state drug offense for felony drug possession, and that her case should therefore be transferred to the court of appeals to resolve that issue.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

MARGARET PERRY
Senior Litigation Counsel
Office Of Immigration Litigation
Civil Division, U.S. Dept. Of Justice
P.O. Box 878 Ben Franklin Station
Washington DC 20044

May 2, 2003

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondents' Notice of Supplemental Citation was mailed via first class mail, postage prepaid to:

>Lisa Brodyaga, Esquire
>Refugio Del Rio Grande
>17891 Landrum Park Rd.
>San Benito, TX 78586

on this 2nd day of May, 2003.

LISA M. PUTNAM
Special Assistant United States Attorney