United States District Court
Southern District of Texas
FILED

OCT 17 2003

Michael N. Milby
Clerk of Court

## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| LAURA ESTELLA SALAZAR-REGINO | )<br>) |
| v. | ) C.A. B-02-045<br>) |
| E.M. TROMINSKI, et al. | )<br>) |
| TEODULO CANTU-DELGADILLO, | )<br>) |
| v. | ) C.A. B-02-114<br>) |
| E.M. TROMINSKI, et al. | )<br>) |
| DANIEL CARRIZALOS-PEREZ, | )<br>) |
| v. | ) C.A. B-02-136<br>) |
| AARON CABRERA, et al. | )<br>) |
| MANUEL SANDOVAL-HERRERA, | )<br>) |
| v. | ) C.A. B-02-138<br>) |
| AARON CABRERA, et al. | )<br>) |
| RAUL HERNANDEZ-PANTOJA, | )<br>) |
| v. | ) C.A. B-02-197<br>) |
| JOHN ASHCROFT, et al. | )<br>) |
| JOSE MARTIN OVIEDO-SIFUENTES | )<br>) |
| v. | ) C.A. B-02-198<br>) |
| CHARLES ARENDALE, et al. | )<br>) |
| CESAR LUCIO, | )<br>) |
| v. | ) C.A. B-02-225<br>) |
| CHARLES ARENDALE, et al. | )<br>) |

| | |
|---|---|
| **PRAXEDIS RODRIGUEZ-CASTRO** )<br>)<br>v.                                          )<br>)<br>**AARON CABRERA, et al.**           )<br>_____ ) | C.A.  B-02-228 |
| **NOHEMI-RANGEL-RIVERA,**       )<br>)<br>v.                                          )<br>)<br>**AARON CABRERA, et al.**           )<br>_____ ) | C.A.  B-03-002 |

### PETITIONERS' NOTICE OF APPEAL

Petitioners in the above-captioned consolidated cases, Laura Salazar, Teodulo Cantu, Daniel Carrizales, Manuel Sandoval, Raul Hernandez, Jose Oviedo, Cesar Lucio, Praxedis Rodriguez, and Nohemi Rangel, file their notice of appeal from the Final Order herein, dated September 30, 2003, consolidating the cases, and denying Petitioners' respective Petitions for Writ of Habeas Corpus.

Respectfully Submitted,

*/s/ Lisa S. Brodyaga*

Lisa S. Brodyaga,           Thelma O. Garcia,        and Jodi Goodwin
17891 Landrum Park Rd       301 E. Madison           1322 E. Tyler
San Benito, TX 78586        Harlingen, TX 78550      Harlingen, TX 78550
(956) 421-3226              (956) 425-3701           (956) 428-7212
(956) 421-3423 (fax)        (956) 428-3731 (fax)     (956) 428-7360 (fax)
Fed. ID.  1178
Texas Bar 03052800

### CERTIFICATE OF SERVICE

I certify that nine copies of the foregoing were mailed first-class postage prepaid, to Lisa Putnam, SAUSA, P.O. Box 1711, Harlingen, Texas 78551, on October 15, 2003.

*/s/*