UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LAURA ESTELLA SALAZAR-REGINO | ) | |
| Petitioner | ) | |
| v. | ) | CIVIL ACTION NO. B-02-45 |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR, ET AL., | ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| TEODULO CANTU-DELGADILLO, | ) | |
| Petitioner | ) | |
| v. | ) | CIVIL ACTION NO. B-02-114 |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR, ET AL., | ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| DANIEL CARRIZALOS-PEREZ, | ) | |
| Petitioner | ) | |
| v. | ) | CIVIL ACTION NO. B-02-136 |
| AARON CABRERA, ACTING INS DISTRICT DIRECTOR, ET AL., | ) | |
| Respondents. | ) | |

1

| | | |
|---|---|---|
| MANUEL SANDOVAL-HERRERA, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. B-02-138 |
| | ) | |
| AARON CABRERA, INS ACTING DISTRICT DIRECTOR, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| RAUL HERNANDEZ-PANTOJA, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. B-02-197 |
| | ) | |
| JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| JOSE MARTIN OVIEDO-SIFUENTES, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. B-02-198 |
| | ) | |
| JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

| | |
|---|---|
| CESAR LUCIO,                              )<br>                                           )<br>        Petitioner                        )<br>                                           )<br> v.                                        )<br>                                           )<br> JOHN ASHCROFT, ATTORNEY GENERAL           )<br> OF THE UNITED STATES, ET AL.,             )<br>                                           )<br>        Respondents.                       )<br>                                           )<br>_____) | CIVIL ACTION NO. B-02-225 |
| PRAXEDIS RODRIGUEZ-CASTRO,                )<br>                                           )<br>        Petitioner                        )<br>                                           )<br> v.                                        )<br>                                           )<br> JOHN ASHCROFT, ATTORNEY GENERAL           )<br> OF THE UNITED STATES, ET AL.,             )<br>                                           )<br>        Respondents.                       )<br>                                           )<br>_____) | CIVIL ACTION NO. B-02-228 |
| NOHEMI RANGEL-RIVERA,                     )<br>                                           )<br>        Petitioner                        )<br>                                           )<br> v.                                        )<br>                                           )<br> JOHN ASHCROFT, ATTORNEY GENERAL           )<br> OF THE UNITED STATES, ET AL.,             )<br>                                           )<br>        Respondents.                       )<br>                                           )<br>_____) | CIVIL ACTION NO. B-03-002 |

**RESPONDENTS' REQUEST FOR PUBLICATION**

COME NOW Respondents in the above-captioned consolidated cases, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and hereby requests the Court publish its decision issued on September 30, 2003, denying the petitions for writ of habeas corpus in each case.

Respondents believe that publishing the Court's decision will be advantageous because the decision resolves several important issues: the application of the Federal First Offender Act to state criminal convictions; the retroactive application of the interpretation of the law as it pertains to the term "aggravated felony"; and potential due process violations. There are several cases pending in this District dealing with one or several of these issues. These cases include, but are not limited to:

| | | |
|---|---|---|
| B-03-116 | Elizabeth Hernandez de Anguino v. Tutak, et al., | A42 913 514 |
| B-03-133 | Mario Alberto Martinez-Montes v. Cabrera, et al., | A21 180 247 |
| B-03-137 | Oscar Wilburd Moreno-Ramos v. Winfrey, et al., | A29 576 320 |
| B-02-214 | Jaime Pequeno-Martinez v. Trominski & Ashcroft, | A36 739 517 |
| M-02-540 | Alma Rita Malagan de Fuentes v. Cabrera & Ashcroft, | A43 788 874 |
| B-03-025 | Fernando Polanco-Gonzalez v. Trominski, et al., | A17 781 809 |
| B-03-037 | Jaime Garza-Arizpe v. Cabrera, et al., | A35 477 253 |
| B-03-039 | Fernando Tapia-Santoy v. Cabrera, et al., | A24 758 970 |
| B-03-050 | Maria Luisa Puga de Vasquez v. Tutak, et al., | A91 904 234 |

Publication of the Court's Order issued in the instant cases would settle lingering issues and provide guidance for future cases.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

MARGARET PERRY
Senior Litigation Counsel
Office Of Immigration Litigation
Civil Division, U.S. Dept. Of Justice
P.O. Box 878 Ben Franklin Station
Washington DC 20044

PAUL FIORINO
Trial Attorney
Office Of Immigration Litigation
Civil Division, U.S. Dept. Of Justice
P.O. Box 878 Ben Franklin Station
Washington DC 20044

NANCY FRIEDMAN
Trial Attorney
Office Of Immigration Litigation
Civil Division, U.S. Dept. Of Justice
P.O. Box 878 Ben Franklin Station
Washington DC 20044

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondents' Request for Publication was mailed via first class mail, postage prepaid to:

>Lisa Brodyaga, Esquire
>Refugio Del Rio Grande
>17891 Landrum Park Rd.
>San Benito, TX 78586
>
>Jodilyn M. Goodwin, Esquire
>1322 E. Tyler
>Harlingen, TX 78550

on this 7th day of November, 2003.

LISA M. PUTNAM
Special Assistant United States Attorney