IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 2 8 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LAURA ESTELLA SALAZAR-REGINO, | § § | |
| v. | § § | CIVIL ACTION NO. B-02-45 |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR, ET AL. | § § § § | |
| | | |
| TEODULO CANTU-DELGADILLO, | § § | |
| v. | § § | CIVIL ACTION NO. B-02-114 |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR, ET AL. | § § § § | |
| | | |
| DANIEL CARRIZALOS-PEREZ, | § § | |
| v. | § § | CIVIL ACTION NO. B-02-136 |
| AARON CABRERA, INS ACTING DISTRICT DIRECTOR, ET AL. | § § § § | |
| | | |
| MANUEL SANDOVAL-HERRERA, | § § | |
| v. | § § | CIVIL ACTION NO. B-02-138 |
| AARON CABRERA, INS ACTING DISTRICT DIRECTOR, ET AL. | § § § § | |

| | | |
|---|---|---|
| **RAUL HERNANDEZ-PANTOJA,** | § § § | |
| v. | § § | **CIVIL ACTION NO. B-02-197** |
| **JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.** | § § § | |
| **JOSE MARTIN OVIEDO-SIFUENTES,** | § § | |
| v. | § § | **CIVIL ACTION NO. B-02-198** |
| **JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.** | § § § | |
| **CESAR LUCIO,** | § § | |
| v. | § § | **CIVIL ACTION NO. B-02-225** |
| **JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.** | § § § | |
| **PRAXEDIS RODRIGUEZ-CASTRO,** | § § | |
| v. | § § | **CIVIL ACTION NO. B-02-228** |
| **JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.** | § § § | |
| **NOHEMI RANGEL-RIVERA,** | § § | |
| v. | § § | **CIVIL ACTION NO. B-03-002** |
| **JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.** | § § § | |

## **ORDER**

BE IT REMEMBERED that on January 26, 2004, the Court **DENIED** Respondent's request for publication of this Court's September 30, 2003, order and memorandum decision in the above captioned cases [Dkt. No. 44, Civil Action No. 02-45].

DONE this 26th day of January 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge