# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

*(stamp)* U.S. COURT OF APPEALS RECEIVED DEC 1 9 2006 NEW ORLEANS, LA.

William K. Suter
Clerk of the Court
(202) 479-3011

December 11, 2006

U.S. COURT OF APPEALS
**FILED**
DEC 1 9 2006
CHARLES R. FULBRUGE III
CLERK

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re:  Laura Estela Salazar-Regino, et al.
     v. Marc Moore, Regional Director, Department of Homeland
     Security, et al.
     No. 05-830
     (Your No. 03-41492)

*United States District Court*
*Southern District of Texas*
*FILED*
*DEC 1 9 2006*
*Michael N. Milby*
*Clerk of Court*

*B0 2cv 45*

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.  The judgment is vacated and the case is remanded to the United States Court of Appeals for the Fifth Circuit, for further consideration in light of  Lopez v. Gonzales, 549 U. S. ___ (2006).

The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45.  Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**


December 19, 2006

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520


        No. 03-41492 Salazar-Regino v. Trominski
            USDC No.  1:03-CV-2
                      1:02-CV-228
                      1:02-CV-225
                      1:02-CV-198
                      1:02-CV-197
                      1:02-CV-138
                      1:02-CV-136
                      1:02-CV-114
                      1:02-CV-45


Enclosed is a copy of the Supreme Court order granting
certiorari.


                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

                    *Charlene A. Vogelaar*
             By: _____
                    Charlene Vogelaar, Deputy Clerk
                    504-310-7648



MDT-1



"USCA5 Case Processing"
<USCA5_CaseProcessing@c
a5.uscourts.gov>

12/19/2006 12:03 PM

Please respond to
"USCA5 Case Processing"
<USCA5_CaseProcessing@ca
5.uscourts.gov>

To   "Michael Milby" <Butch_Barbosa@txs.uscourts.gov>

cc

bcc

Subject   Activity in case 03-41492 Salazar-Regino v. Trominski, Spct
order gr cert received

United States Court of Appeals, 5th Circuit

Notice of case processing

The following entry was docketed:

Case number:03-41492
Case name: Salazar-Regino v. Trominski
Lower court: 1:02-CV-45

Docket text:
12/19/06 Supreme Court order received granting petition certiorari [5350454-1]
by Appellee E M Trominski, Alberto R Gonzales, Appellant Teodulo
Cantu-Delgadillo, Daniel Carrizales-Perez, Manuel Sandoval-Herrera, Raul
Hernandez Pantoja, Jose Martin Oviedo-Sifuentes, Cesar Lucio, Praxedis
Rodriguez on 12/11/06. [03-41492]

See attached documents.

  

5632183.pdf  mdt1form.rtf.wpd.pdf