# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

April 30, 2007

Mr Michael N Milby, Clerk  
Southern District of Texas, Brownsville  
United States District Court  
Room 1158  
600 E Harrison Street  
Brownsville, TX 78520

United States District Court  
Southern District of Texas  
FILED  

MAY 0 2 2007  

Michael N. Milby  
Clerk of Court

      No. 03-41492   Salazar-Regino v. Trominski  
      USDC No.   1:03-CV-2  
                   1:02-CV-228  
                   1:02-CV-225  
                   1:02-CV-198  
                   1:02-CV-197  
                   1:02-CV-138  
                   1:02-CV-136  
                   1:02-CV-114  
                   1:02-CV-45

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

(3) Volumes  (8) Supp Vols  (1) Envelope  (1) Box

                              Sincerely,

                              CHARLES R. FULBRUGE III, Clerk

                     By: _____  
                           James deMontluzin, Deputy Clerk  
                           504-310-7679

cc: w/encl:  
    Ms Lisa S Brodyaga  
    Mr Bryan Stuart Beier  
    Mr Paul Fiorino  
    Ms Margaret J Perry

MDT-1