---------------
No. 03-41492
---------------

JOSE MARTIN OVIEDO-SIFUENTES

       Petitioner - Appellant

v.

CHARLES ARENDALE, Acting Director;
ALBERTO R GONZALES, US Attorney General

       Respondents - Appellees

B02-cv-45

United States District Court
Southern District of Texas
FILED

MAY 0 2 2007

Michael N. Milby
Clerk of Court

### ENTRY OF DISMISSAL

Pursuant to appellant's motion this appeal is dismissed this 30th day of April, 2007, see FED. R. APP. P. 42(b).

       CHARLES R. FULBRUGE III
       Clerk of the United States Court
       of Appeals for the Fifth Circuit

By: /s/ Jim deMontluzin
       James deMontluzin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-4