UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
AT NEW ORLEANS, LOUISIANA

JOSE MARTIN OVIEDO-SIFUENTES,  , )
)
v. )
) No. 03-41492
ALBERTO GONZALES, UNITED STATES )
ATTORNEY GENERAL. )
_____)

U.S. COURT OF APPEALS
FILED
APR 27 2007
CHARLES R. FULBRUGE III
CLERK

UNOPPOSED MOTION TO WITHDRAW PETITION FOR REVIEW

Petitioner-Appellant Oviedo-Sifuentes challenges the determination that he is subject to removal, and the denial of cancellation of removal, on account of his deferred-adjudication conviction for possessing cocaine in violation of Texas law. The Court has issued a briefing schedule "to address any remaining issues that were not addressed in our prior opinion." Salazar-Regino v. Trominski, 479 F.3d 362 (5th Cir. 2007) (per curiam). Upon further consideration, Petitioner-Appellant respectfully moves to voluntarily dismiss this case pursuant to Fed. R. App. P. 42(b). Respondents-Appellees, by Bryan S. Beier, with whom undersigned counsel conferred regarding this motion on April 20, consent to entry of an order of dismissal. The parties have agreed that the dismissal is to be with prejudice, and each party shall bear the party's own fees and costs.

Respectfully Submitted,

/s/ Lisa S. Brodyaga

Lisa S. Brodyaga,
Attorney at Law
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first-class postage prepaid, to Bryan S. Beier, Attorney, OIL, Box 878, Washington, D.C. 20044, on April 25, 2007.